**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Thomas Kummet, M.D., | CIV 04-1246-PHX-DKD |
|---|---|
| Plaintiff, | **ORDER FOR VOLUNTARY DISMISSAL** |
| v. | |
| United States of America; Department of Veterans Affairs; John R. Fears, | |
| Defendants. | |

Plaintiff Thomas Kummet, M.D. and Defendants United States of America, Department of Veterans Affairs, and John R. Fears having stipulated that this action be dismissed without prejudice or costs pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure,

**IT IS ORDERED** dismissing this action without prejudice or costs and denying Defendants' pending Motion to Dismiss as moot.

DATED this 9th day of November, 2005.

_____
David K. Duncan
United States Magistrate Judge